IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, and CHRISTINA KISHIMOTO, in her official capacity as Superintendent of the Hawaii Public Schools,<br><br>      Plaintiffs-Appellants,<br><br>   vs.<br><br>ACEN T., by and through his Parents, WAYNE and LEEANN T.,<br><br>      Defendants-Appellees.<br>_____<br><br>ACEN T., by and through his Parents, WAYNE and LEEANN T.,<br><br>      Counter-Claimants,<br><br>   vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII, and CHRISTINA KISHIMOTO, in her official capacity as Superintendent of the Hawaii Public Schools,<br><br>      Counter-Defendants.<br>_____ | CIVIL NO. 19-00259 HG-KJM |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS-APPELLEES' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO 20 U.S.C. § 1415 (B)(i)(3)(B)(i)(I) (ECF No. 37)

1

Findings and Recommendation having been filed and served on all parties on July 6, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation To Grant Defendants-Appellees' Motion For Award of Attorneys' Fees and Costs Pursuant to 20 U.S.C. § 1415 (B)(i)(3)(B)(i)(I)" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: July 24, 2020 Honolulu, Hawaii

Helen Gillmor
Senior United States District Judge

DEPARTMENT OF EDUCATION, STATE OF HAWAII, and CHRISTINA KISHIMOTO, in her official capacity as Superintendent of the Hawaii Public Schools v. ACEN T., by and through his Parents, WAYNE and LEEANN T.; Counter-Claimant ACEN T., by and through his Parents, WAYNE and LEEANN T. v. DEPARTMENT OF EDUCATION, STATE OF HAWAII; Civ. No. 19-00259 HG-KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT DEFENDANTS-APPELLEES' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO 20 U.S.C. § 1415 (B)(i)(3)(B)(i)(I)**